| Fill in this information to identify your case: |
| --- |

Debtor 1 _Mario_ _Lorenzo_ _Byrns_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _17B17265_
(if known)

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**JUN 06 2017**

JEFFREY P. ALLSTEADT, CLERK
**INTAKE 4**

☐ Check if this is an
amended filing

## Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **Specify Your Proposed Payment Timetable**

1. Which chapter of the Bankruptcy Code
are you choosing to file under?

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☒ Chapter 13

2. You may apply to pay the filing fee in up to
four installments. Fill in the amounts you
propose to pay and the dates you plan to
pay them. Be sure all dates are business
days. Then add the payments you propose
to pay.

   You must propose to pay the entire fee no
later than 120 days after you file this
bankruptcy case. If the court approves your
application, the court will set your final
payment timetable.

   You propose to pay...

   $ _77.50_   ☐ With the filing of the petition
   ☒ On or before this date...... _7 6 2017_   MM / DD / YYYY

   $ _77.50_   On or before this date.......... _8 5 2017_   MM / DD / YYYY

   $ _77.50_   On or before this date.......... _9 4 2017_   MM / DD / YYYY

   + $ _77.50_   On or before this date.......... _10 4 2017_   MM / DD / YYYY

   Total   $ _310.00_   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

**Part 2:**    **Sign Below**

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

▨ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

▨ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

▨ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

x _M. B_
Signature of Debtor 1

Date _6 6 2017_
MM / DD / YYYY

x _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

x _____
Your attorney's name and signature, if you used one

Date _____
MM / DD / YYYY

Official Form 103A    Application for Individuals to Pay the Filing Fee in Installments